ALBERT F. TRITCH AND MARIAN I. TRITCH, APPELLANTS, V.
BURLINGTON NORTHERN, INC., A DELAWARE CORPORATION,
APPELLEE.

458 N.W.2d 471

Filed August 3, 1990.   No. 88-834.

Dick H. Hartsock for appellants.

Gary L. Dolan, of Knudsen, Berkheimer, Richardson & Endacott, for appellee.

HASTINGS, C.J., BOSLAUGH, WHITE, CAPORALE, SHANAHAN, GRANT, and FAHRNBRUCH, JJ.

PER CURIAM.

Upon our consideration of the record, the briefs, and the recommendation of the Appellate Division of the District Court, this court finds that because of an error of law committed by the trial court in interpreting the statute on costs, appellants are awarded the additional sum of $282.50 expended for costs. In all other respects, the judgment of the district court is affirmed.

AFFIRMED AS MODIFIED.